929 A.2d 640

**LJL TRANSPORTATION, INC., Louis P. Pektor, III, and Leo A Decker, Petitioners,**

v.

**PILOT AIR FREIGHT CORPORATION, Respondent.**

Supreme Court of Pennsylvania.

July 26, 2007.

## ORDER

PER CURIAM.

AND NOW, this 26th day of July 2007, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether a breaching party's conduct may justify the immediate termination of a contract even where the contract includes an express provision granting the breaching party a period to cure its breach before the contract is terminated.